UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA

v.

NOTICE OF APPEARANCE

RONALD SMITH,

Defendant.

26 Cr. 114 (GBD)

-----------------------------------------------------------X

TO: CLERK OF COURT

PLEASE TAKE NOTICE that Jacob Kaplan, Esq., of Agnifilo Intrater LLP, 140 Broadway, Suite 2450, New York, NY 10005, is appearing for defendant RONALD SMITH in the above-captioned matter.

Dated: March 30, 2026
New York, NY

Jacob Kaplan, Esq.
Agnifilo Intrater LLP
140 Broadway, Suite 2450
New York, NY 10005
Tel: (646) 419-8837
jacob@agilawgroup.com