**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,          :

              Plaintiff,          :

      - v. -          :

RONALD SMITH,          :

             Defendant.          :

                     :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

                                     ORDER

                           26 Cr. 114 (GBD)

GEORGE B. DANIELS, United States District Judge:

A conference in this case shall be held on April 14, 2026 at 10:00 A.M.

Dated: March 31, 2026
      New York, New York

                          SO ORDERED.

                          *George B. Daniels*

                          GEORGE B. DANIELS
                          United States District Judge