**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

-against-

RONALD SMITH,

Defendant.

ORDER

26 Crim. 114 (GBD)

GEORGE B. DANIELS, United States District Judge:

The conference scheduled for December 18, 2026, is rescheduled to December 16, 2026, at 9:45 AM.

Dated: October 5, 2026
New York, New York

SO ORDERED.

George B. Daniels

GEORGE B. DANIELS
United States District Judge