# AGNIFILO INTRATER

October 30, 2026

**VIA ECF**
The Honorable George B. Daniels
United States District Judge
500 Pearl Street
New York, NY 10007

SO ORDERED:

George B. Daniels, U.S.D.J.

Dated: NOV 0 5 2026

Re: *United States v. Ronald Smith*, 26 Cr. 114 (GBD)

Dear Judge Daniels,

On behalf of Ronald Smith, we respectfully request leave to file Mr. Smith's memorandum of law in support of his pretrial motions with redactions. In addition, we request to file the attached exhibit (a search warrant affidavit) under seal. The filed documents contain information that identifies government witnesses who have not been publicly disclosed as cooperators or co-conspirators.

Pursuant to the Court's individual rules, we have conferred with the government, which has no issues with this approach.

Respectfully submitted,

Zach Intrater
Daniela Manzi

cc: All counsel via ECF